DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERNARD BONNER,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CORRECTIONS,
SECRETARY, RICKY D. DIXON,**
Appellee.

No. 4D2023-2223

[May 2, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 47-2022-CA-000186 A.

Bernard Bonner, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***